UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN, NORTHERN DIVISION

IN RE:

ALLEN, ROBERT H.
ALLEN BROS. REMODELING

Case No. 08-21036
Chapter 7
HON. DANIEL S. OPPERMAN

Debtor(s),
_____/

## NOTICE OF CLAIMS UNDER $5.00

TO: CLERK OF THE COURT

NOW COMES Daniel C. Himmelspach, Trustee, and states that he currently has funds in the amount of $5.97 for deposit in the U. S. Registry made payable to U. S. Bankruptcy Court.

The basis for payment of said funds to the U. S. Registry is Claims under $5.00 on behalf of the following creditors:

| | | |
|---|---|---:|
| 1. | Ingham Regional Medical Center (Claim 1) | $ 1.72 |
| 2. | Michael F. Goethals (Claim 3) | 1.92 |
| 3. | Applied Card (Claim 4) | 1.09 |
| 4. | TDS Metrocom (Claim 5) | .22 |
| 5. | Cavalry Portfolio Services, LLC (Claim 6) | 1.02 |
| | Total | **$ 5.97** |

Dated: May 14, 2010

/s/ DANIEL C. HIMMELSPACH
DANIEL C. HIMMELSPACH (P31950)
Chapter 7 Trustee
916 Washington, Ste. 305
Bay City, MI 48708
(989) 892-0400
trusteehimmelspah@gmail.com